JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATTORNEYS INSURANCE MUTUAL RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY SURPLUS INSURANCE CORPORATION, INC., <br><br> Defendant. | Case No. CV 15-4756 FMO (JCx) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Cross Motions for Summary Judgment, IT IS ADJUDGED that (1) Liberty Surplus Insurance Corporation ("Liberty") has a duty to defend J. Wayne Allen ("Allen") in Ruth McClamma Stueve, et al. v. Raymond Novell, et al., Orange County Sup. Ct., Case No. 30-2010-00411651 ("Civil Action") pursuant to the 2010-2011 Liberty Policy; (2) Liberty is obligated to reimburse Attorneys Insurance Mutual Risk Retention Group ("AIMRRG") for one-half of the fees and costs incurred as of June 2, 2016, defending Allen in the Civil Action; and (3) Liberty is obligated to contribute one-half of the fees and costs incurred after June 2, 2016, towards Allen's defense in the Civil Action. The parties shall bear their own costs and fees in the instant action. The above-captioned action is dismissed with prejudice.

Dated this 28th day of March, 2017.

/s/
Fernando M. Olguin
United States District Judge